1  Michael C. Shaw, #014044
   MICHAEL C. SHAW, PLLC
2  2425 E. Jerome Ave.
   Mesa, Arizona 85204
3  Office:  (480) 720-3859
   mcareyshaw@yahoo.com
4
   Attorney for Plaintiff
5

6                  UNITED STATES DISTRICT COURT

7                        DISTRICT OF ARIZONA

8  _____
                                  )
9  Kevin A. Brown, an individual; ) No.
                                  )
10                                )
                                  )
11        Plaintiff,              )
                                  )       COMPLAINT
12 v.                             )
                                  )
13 General Business Recoveries,   )
   Inc. an Arizona corporation;   )
14 Experian Information Solutions,)
   Inc., an Ohio corporation;     )
15                                )
                                  )
16        Defendants.             )   (Jury Trial Demanded)
                                  )
17 _____ )

18        Plaintiff, Kevin A. Brown, alleges as follows:

19                       I.  Preliminary Statement

20 1.   Plaintiff brings this action for damages based upon Defendants' violations of

21      the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq.  Plaintiff

22      seeks an award of statutory damages, actual damages, punitive damages,

23      costs and attorney's fees.

24                            II.  Jurisdiction

25 2.   Jurisdiction of this Court, over this action and the parties herein, arises

1  under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.  Venue lies in the Tucson
2  Division of the District of Arizona as Plaintiff's claims arose from acts of the
3  Defendants perpetrated therein.

### III.  Parties

3.  Plaintiff is a natural person residing in Pima County, Arizona.
4.  Plaintiff is a "consumer" as defined by FCRA § 1681a(c).
5.  Defendant General Business Recoveries, Inc. is an Arizona corporation authorized to do business within the state of Arizona.
6.  General Business Recoveries is a "furnisher" of information as contemplated by FCRA § 1681s-2(a) & (b), that regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with consumers.
7.  Defendant Experian Information Solutions, Inc. is an Ohio corporation authorized to do business in Arizona.
8.  Experian is a both a "person" and a "consumer reporting agency" as those terms are defined and contemplated under the FCRA.

### IV.  Factual Allegations

9.  General Business Recoveries attempted to collect a debt allegedly owed by Plaintiff by reporting it to the three national consumer reporting agencies, Experian, Equifax and Trans Union.
10. In early 2007, Plaintiff disputed the General Business Recoveries account with Experian, Equifax and Trans Union.
11. Both Equifax and Trans Union deleted the General Business Recoveries account from Plaintiff's credit file.
12. Upon information and belief, upon receipt of Plaintiff's dispute, Experian

1  conveyed Plaintiff's dispute to General Business Recoveries for
2  investigation.
3  13. Upon information and belief, General Business Recoveries responded to
4  Experian verifying its reporting of the account.
5  14. In May of 2007, Experian notified Plaintiff that it and General Business
6  Recoveries had verified that the account belonged to Plaintiff, which was
7  incorrect.
8  15. Experian failed to conduct a reasonable investigation of Plaintiff's disputes.
9  16. As a direct result and proximate cause of Experian's continued reporting of
10  erroneous and adverse information on Plaintiff's credit reports, Plaintiff has
11  suffered and continues to suffer damages including, but not limited to,
12  humiliation, embarrassment, anxiety, credit denial, higher interest rates,
13  and/or loss of opportunity.
14  17. General Business Recoveries failed to conduct a reasonable investigation of
15  Plaintiff's disputes.
16  18. As a direct result and proximate cause of General Business Recoveries'
17  continued reporting of erroneous and adverse information to the credit
18  bureaus concerning Plaintiff, Plaintiff has suffered and continues to suffer
19  damages including, but not limited to, humiliation, embarrassment, anxiety,
20  credit denial, higher interest rates, and/or loss of opportunity.

21        V.  Causes of Action
22         a.  Fair Credit Reporting Act

23  14. Plaintiff repeats, realleges, and incorporates by reference the foregoing
24  paragraphs.
25  15. Experian failed to conduct a reasonable investigation of Plaintiff's disputes,

- 3 -

1 and otherwise failed to comport with FCRA § 1681i.

2 16. Experian failed to adopt and follow reasonable procedures to assure the maximum possible accuracy of Plaintiff's consumer credit and other personal information, as required by the FCRA.

5 17. Experian has continually added, stored, maintained and disseminated personal and credit information, in consumer reports it prepared and issued, about Plaintiff which was inaccurate, false, erroneous and misleading despite notice from Plaintiff that such information was inaccurate.

9 18. Experian has willfully, or alternatively, negligently, violated FCRA §§ 1681e(b) and 1681i on multiple occasions.

11 19. As a result of Experian's actions, Plaintiff has been damaged.

12 20. General Business Recoveries failed to conduct a reasonable investigation of Plaintiff's disputes, and otherwise failed to comport with FCRA § 1681s-2(b).

14 21. General Business Recoveries has willfully, or alternatively, negligently, violated FCRA § 1681s-2(b) on multiple occasions.

16 22. As a result of General Business Recoveries actions, Plaintiff has been damaged.

18 23. Pursuant to 15 U.S.C. § 1681n, any person who willfully fails to comply with any requirement imposed under the FCRA with respect to any consumer is liable to that consumer in an amount equal to the sum of (1) any actual damages sustained by the consumer as a result of the failure or damages or not less than $100.00 and not more than $1,000.00; (2) such amount of punitive damages as the court may allow; and (3) in the case of any successful action to enforce any liability under 15 U.S.C. § 1681n, the costs of the action together with reasonable attorneys' fees.

1  24.  As a result of Defendants' willful failure to comply with the FCRA,
2       Defendants are liable to Plaintiff in an amount equal to the sum of (1) any
3       actual damages sustained by Plaintiff as a result of the failure or damages of
4       not less than $100.00 and not more than $1,000.00 for each such violation;
5       (2) such amount of punitive damages as the court may allow; and (3) the
6       costs of this action together with reasonable attorneys' fees.
7  25.  Pursuant to FCRA § 1681o, any person who is negligent in failing to comply
8       with any requirement imposed under the FCRA with respect to any
9       consumer is liable to that consumer in an amount equal to the sum of (1) any
10      actual damages sustained by the consumer as a result of the failure and (2)
11      in the case of any successful action to enforce any liability under 15 U.S.C. §
12      1681o, the costs of the action together with reasonable attorneys' fees.
13 26.  As a result of Defendants' negligent failure to comply with the FCRA,
14      Defendants' liable to Plaintiff in an amount equal to the sum of (1) any
15      actual damages sustained by Plaintiff as a result of said failure and (2) the
16      costs of this action together with reasonable attorneys' fees.

## VI.  Demand for Jury Trial

Plaintiff hereby demands a jury trial on all issues so triable.

## VII.  Prayer for Relief

WHEREFORE, Plaintiff requests that judgment be entered against Defendants for:

   a)   Actual damages in an amount to be shown at trial;
   b)   Statutory damages pursuant to FCRA § 1681n;
   c)   Punitive damages pursuant to FCRA § 1681n;
   d)   Costs and reasonable attorney's fees; and

1   e)   Such other relief as may be just and proper.

2   DATED  January 30, 2008 .

 s/ Michael C. Shaw
Michael C. Shaw, #014044
MICHAEL C. SHAW, PLLC
2425 E. Jerome Ave.
Mesa, Arizona 85204
Office:  (480) 720-3859
mcareyshaw@yahoo.com

Attorney for Plaintiff
