IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KEVIN A. BROWN, | No. CV 08-090-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| GENERAL BUSINESS RECOVERIES, INC., et al., | |
| Defendants. | |

The Court ordered a Status Conference in this case and ordered the Plaintiff appear. The Plaintiff did not appear, therefore, the Court will vacate the status conference. There has not been a pleading filed in this case in over eight months. Counsel for Defendant Experian Information Solutions, Inc., has informed the Court that a settlement agreement was reached in this case. The only remaining action that needed to be taken before Counsel for the Plaintiff was disbarred was a stipulation for dismissal needed to be created and signed.

Therefore, the Court will dismiss this case with prejudice for failure to prosecute. The Court also requests the Defendant file a copy of the settlement agreement under seal.

Consistent with the discussion above, IT IS HEREBY ORDERED the case is DISMISSED with prejudice for failure to prosecute. IT IS FURTHER ORDERED the Status Conference set for November 17, 2008 is VACACTED.

DATED this 17th day of November, 2008.

Raner C. Collins
United States District Judge